**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **C&C Gaskets LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  3  –  0  6  8  7  2  2  6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7615 Canyon DR #7615**<br>Number     Street | **PO Box 51934**<br>Number     Street |
| | _____<br>P.O. Box |
| **Amarillo**          **TX**    **79110**<br>City          State    ZIP Code | **Amarillo**          **TX**    **79159**<br>City          State    ZIP Code |
| **Randall**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number     Street |
| | _____<br>City          State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **C&C Gaskets LLC**                                                Case number (if known)

| | |
|---|---|
| **7.** **Describe debtor's business** | *A.  Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

*B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in
        15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
    http://www.uscourts.gov/four-digit-national-association-naics-codes

    __3__  __1__  __3__  __3__

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its
        aggregate noncontingent liquidated debts (excluding debts owed to insiders or
        affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most
        recent balance sheet, statement of operations, cash-flow statement, and federal
        income tax return or if any of these documents do not exist, follow the procedure
        in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate
        noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are
        less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V
        OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance
        sheet, statement of operations, cash-flow statement, and federal income tax
        return, or if any of these documents do not exist, follow the procedure in
        11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of
        creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the
        Securities and Exchange Commission according to § 13 or 15(d) of the Securities
        Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-
        Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this
        form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934
        Rule 12b-2.

    ☐ Chapter 12

Debtor  **C&C Gaskets LLC** _____    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  **Cleburn Coy Brinkley** _____ Relationship **Owner** _____

District  **N. District of Texas** _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **C&C Gaskets LLC**  _____   Case number (if known) _____

**12.** **Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if
needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
related assets or other options).

☐ Other _____

**Where is the property?**   _____

Number      Street

_____

_____   _____   _____
City                                           State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

■ **Statistical and adminstrative information**

**13.** **Debtor's estimation of
available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured
creditors.

**14.** **Estimated number of
creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **C&C Gaskets LLC**                                                    Case number (if known) _____

| | |
|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of**
    **authorized representative**
    **of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/21/2023**
              MM / DD / YYYY

X  **/s/ Cleburn Coy Brinkley**
   Signature of authorized representative of debtor
   **Cleburn Coy Brinkley**
   Printed name
   **President**
   Title

18. **Signature of attorney**

X  **/s/ Troy Blackwell**                          Date  **06/21/2023**
   Signature of attorney for debtor                      MM / DD / YYYY

   **Troy Blackwell**
   Printed name
   **Blackwell Law Firm LLP**
   Firm name
   **703 S Van Buren**
   Number        Street

   **Amarillo**                                    **TX**       **79101**
   City                                            State        ZIP Code

   **(806) 331-3130**                              _____
   Contact phone                                   Email address
   **00793348**                                    **TX**
   Bar number                                      State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **C&C Gaskets LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account**<br>**Amarillo National Bank** | **Checking account** | 0 3 9 1 | **$9,100.00** |
| 3.2. **Checking account**<br>**FC Bank/Prosperity** | **Checking account** | 0 8 9 9 | **($1,582.16)** |

**4. Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$7,517.84** |
|---|

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor   **C&C Gaskets LLC**                                    Case number (if known) _____
_____
Name

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit | Current value of debtor's interest

7.1.  **Canyon Business** _____ | **$2,400.00**

7.2.  **Wild Point Investments** _____ | **$1,800.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. | **$4,200.00**

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**                                       | Current value of debtor's interest

11a. 90 days old or less:  **$0.00**  –  **$0.00**  = ............. ➔ | **$0.00**
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  **$1,988.00**  –  **$0.00**  = ............. ➔ | **$1,988.00**
face amount        doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$1,988.00**

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. | **$0.00**

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **C&C Gaskets LLC**                                                    Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Gasket & Magnets** | 05/01/2023 | $7,300.00 | | $7,300.00 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Other inventory or supplies** | 05/01/2023 | $7,400.00 | | $7,400.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                              $14,700.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                              $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

| Debtor | C&C Gaskets LLC | | Case number (if known) _____ |
| --- | --- | --- | --- |
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| Desks, Chairs, Tables, Cabninets | **$2,100.00** | | **$2,100.00** |
| **40. Office fixtures** | | | |
| Ice Box, Decorations | **$450.00** | | **$450.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer, Printer | **$1,750.00** | | **$1,750.00** |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$4,300.00** |
| --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

Debtor    **C&C Gaskets LLC**    Case number (if known) _____
_____
Name

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Fan, Cooler Door, Welder, Saws, Tool Boxes, Wooden Tables & Shelves, Coolers, Jack, Racks**    $7,650.00    $7,650.00

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.    $7,650.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**cncgasketsllc.com**    $10.00    $0.00

Debtor    __C&C Gaskets LLC_____    Case number (if known) _____
          Name

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.                    | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes.  Fill in the information below.

                                                                      Current value of
                                                                      debtor's interest

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **7615 #7613 Canyon Dr**
     **Lease**                                                              $0.00

     **4024 Business Park Dr.**
     **Lease**                                                              $0.00

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                   | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor      **C&C Gaskets LLC**                                          Case number (if known) _____
         Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,517.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,988.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $40,355.84 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................  $40,355.84

**Fill in this information to identify the case:**

Debtor name **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Arsenal Funding** | **Describe debtor's property that is subject to a lien**<br>**Future receivables** | $21,974.35 | $1,988.00 |
| **Creditor's mailing address**<br>**15 West 36th St. 11th floor** | **Describe the lien**<br>**Non-Purchase Money** | | |
| _____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **New York          NY    10018**<br>**Creditor's email address, if known** | | | |
| _____ | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred    3/2023**<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $138,635.39

Debtor    **C&C Gaskets LLC**     Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**   **Creditor's name**
**Capital Assist LLC**

**Describe debtor's property that is
subject to a lien**      $11,740.00     $1,988.00

**Creditor's mailing address**
**323 Sunny Isles BLVD Suite 503**

**Future Receivables**

**Describe the lien**

**Non-Purchase Money**

**Is the creditor an insider or related party?**

**Sunny Isles**     **FL**    **33160**
☑ No

**Creditor's email address, if known**
☐ Yes

**Date debt was incurred**   **2/24/2023**

**Is anyone else liable on this claim?**

**Last 4 digits of account
number**    ___ ___ ___ ___
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Contingent
☐ Yes. Have you already specified the
relative priority?
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

---

**2.3**   **Creditor's name**
**Slate Advance**

**Describe debtor's property that is
subject to a lien**      $20,000.00     $1,988.00

**Creditor's mailing address**
**15 America Ave Suite 303**

**Future Receivables**

**Describe the lien**

**Non-Purchase Money**

**Is the creditor an insider or related party?**

**Lakewood**     **NJ**    **08701**
☑ No

**Creditor's email address, if known**
☐ Yes

**Date debt was incurred**   **12/2022**

**Is anyone else liable on this claim?**

**Last 4 digits of account
number**    ___ ___ ___ ___
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Contingent
☐ Yes. Have you already specified the
relative priority?
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Debtor    **C&C Gaskets LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $84,921.04 | $1,988.00 |
|---|---|---|---|

**The LCF Group** _____

Creditor's mailing address
**3000 Marcus Ave Suite 2W15** _____

**Future Receivables**

Describe the lien

**Non-Purchase Money** _____

_____

**New Hyde Park    NY    11042** _____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____

Date debt was incurred    **11/2022** _____

Last 4 digits of account
number    _____ **e** _ **n** _ **t** _ **2** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **C&C Gaskets LLC**                                    Case number (if known) _____

---

<span style="background:black;color:white">**Part 2:**</span>   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advanced Recovery Group** <br> **30 Two Bridges Rd Suite 100** <br><br> **Fairfield**   **NJ**   **07004** | Line   **2.1** | ___ ___ ___ ___ |
| **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo**   **TX**   **79159** | Line   **2.4** | ___ ___ ___ ___ |
| **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo**   **TX**   **79159** | Line   **2.3** | ___ ___ ___ ___ |
| **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo**   **TX**   **79159** | Line   **2.2** | ___ ___ ___ ___ |
| **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo**   **TX**   **79159** | Line   **2.1** | ___ ___ ___ ___ |
| **The Feldman Law Firm, P.C.** <br> **147 Willis Avenue** <br><br> **Mineola**   **NY**   **11501** | Line   **2.4** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor          **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
      ☑ No. Go to Part 2.
      ☐ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1    Priority creditor's name and mailing address**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

| Debtor | **C&C Gaskets LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$5,679.71** |
|---|---|---|---|

American Express

PO Box 6031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Carol Stream | IL | 60197-6031 | **Credit Card** |
|---|---|---|---|

Date or dates debt was incurred    12/5/2017

**Is the claim subject to offset?**

Last 4 digits of account number    1  0  0  8

☒ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$8,197.54** |
|---|---|---|---|

Bank of America

PO Box 851001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75285-1001 | **Credit Card** |
|---|---|---|---|

Date or dates debt was incurred    8/1/2022

**Is the claim subject to offset?**

Last 4 digits of account number    9  1  7  2

☒ No
☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$9,859.64** |
|---|---|---|---|

Bank of America

PO Box 851001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75285-1001 | **Credit Card** |
|---|---|---|---|

Date or dates debt was incurred    1/23/2017

**Is the claim subject to offset?**

Last 4 digits of account number    3  7  9  5

☒ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$2,090.09** |
|---|---|---|---|

Capital One

PO Box 60519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| City of Industry | CA | 91716 | **Credit Card** |
|---|---|---|---|

Date or dates debt was incurred    1/20/2023

**Is the claim subject to offset?**

Last 4 digits of account number    5  9  4  8

☒ No
☐ Yes

| Debtor | **C&C Gaskets LLC** | Case number (if known) | _____ |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

**Comdata Mastercard Program**

**PO Box 70995**

_____

**Charlotte**          **NC**     **28272-0995**

Date or dates debt was incurred     **12/1/2022**

Last 4 digits of account number     **U   3   4   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,670.78**

---

**3.6** Nonpriority creditor's name and mailing address

**Fortiva**

**5 Concourse Pkwy**

_____

**Atlanta**          **GA**     **30328**

Date or dates debt was incurred     **3/4/2021**

Last 4 digits of account number     **7   2   6   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$694.76**

---

**3.7** Nonpriority creditor's name and mailing address

**Fortiva**

**PO Box 105555**

_____

**Atlanta**          **GA**     **30348**

Date or dates debt was incurred     **3/8/2023**

Last 4 digits of account number     **0   9   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,654.40**

---

**3.8** Nonpriority creditor's name and mailing address

**Harbor Freight**

**PO Box 71726**

_____

**Philadelphia**          **PA**     **19176-1726**

Date or dates debt was incurred     **8/1/2022**

Last 4 digits of account number     **8   2   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,597.88**

Debtor   **C&C Gaskets LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Home Depot**

**PO Box 6497**

_____

**Sioux Falls**              **SD**    **57117**

Date or dates debt was incurred    **12/2021**

Last 4 digits of account number    **3   4   4   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$932.96

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Home Depot**

**PO Box 6497**

_____

**Sioux Falls**              **SD**    **57117**

Date or dates debt was incurred    **9/12/2021**

Last 4 digits of account number    **4   2   5   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,597.27

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Imperial Brown/ R Plus**

**198 SE 223rd**

_____

**Gresham**              **OR**    **97030**

Date or dates debt was incurred    **12/07/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$11,460.00

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Prime**

**PO Box 71726**

_____

**Philadelphia**              **PA**    **19176-1726**

Date or dates debt was incurred    **12/2020**

Last 4 digits of account number    **7   2   8   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,534.04

| Debtor | **C&C Gaskets LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

**Prosperity Bank**

**1301 North Mechanic**

**El Campo**            **TX**      **77437**

Date or dates debt was incurred

Last 4 digits of account number            ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Overdraft**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,582.16**

---

**3.14**   Nonpriority creditor's name and mailing address

**Red Racing & Transmission LLC**

**3001 Hope Rd.**

**Amarillo**            **TX**      **79174**

Date or dates debt was incurred        **2022-2023**

Last 4 digits of account number            ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30,000.00**

---

**3.15**   Nonpriority creditor's name and mailing address

**Web bank/QuickBook Capital**

**2700 Coast Avenue**

**Mountain View**            **CA**      **94043-1140**

Date or dates debt was incurred        **5/11/2022**

Last 4 digits of account number            ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,991.40**

---

**3.16**   Nonpriority creditor's name and mailing address

**Wex Bank Fleet Card**

**PO Box 639**

**Portland**            **ME**      **04104**

Date or dates debt was incurred        **3/23/2023**

Last 4 digits of account number            **0   9   7   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,518.15**

---

Debtor    **C&C Gaskets LLC**    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
       listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

       **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
       are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **C&C Gaskets LLC**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.2**  **Cleburn Coy Brinkley**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line  **3.16**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**  **Cleburn Coy Brinkley**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line  **3.15**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **Cleburn Coy Brinkley**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line  **3.12**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5**  **Cleburn Coy Brinkley**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line  **3.11**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**  **Cleburn Coy Brinkley**<br>**PO Box 51934**<br><br>**Amarillo        TX    79159** | Line  **3.10**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **C&C Gaskets LLC**                                    Case number (if known) _____

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**    Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.9**

☐  Not listed.  Explain:

__ __ __ __

**4.8**    Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.8**

☐  Not listed.  Explain:

__ __ __ __

**4.9**    Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.7**

☐  Not listed.  Explain:

__ __ __ __

**4.10**   Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.6**

☐  Not listed.  Explain:

__ __ __ __

**4.11**   Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.5**

☐  Not listed.  Explain:

__ __ __ __

**4.12**   Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.4**

☐  Not listed.  Explain:

__ __ __ __

**4.13**   Cleburn Coy Brinkley
PO Box 51934

Amarillo            TX      79159

Line    **3.3**

☐  Not listed.  Explain:

__ __ __ __

Debtor    **C&C Gaskets LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.14** | **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo          TX      79159** | Line ___**3.2**___ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.15** | **Cleburn Coy Brinkley** <br> **PO Box 51934** <br><br> **Amarillo          TX      79159** | Line ___**3.1**___ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.16** | **Comdata** <br> **PO Box 1239** <br><br> **Covington          LA      70434** | Line ___**3.5**___ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.17** | **Prosperity** <br> **3900 S Soncy RD** <br><br> **Amarillo          TX      79119** | Line ___**3.13**___ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **C&C Gaskets LLC**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$107,060.78** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$107,060.78** |

**Fill in this information to identify the case:**

Debtor name **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____    Chapter **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Office Warehouse**<br>**Business/Shop**<br>**Contract to be ASSUMED** | **Canyon Expressway Associates LP**<br>**PO Box 31775** |
| | State the term remaining | | |
| | List the contract number of any government contract | | Amarillo                TX        79120 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Business/Shop**<br>**Contract to be ASSUMED** | **Wild Pony Holdings LP**<br>**PO Box 31775** |
| | State the term remaining | | |
| | List the contract number of any government contract | | Amarillo                TX        79120 |

**Fill in this information to identify the case:**

Debtor name **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

**Schedule H: Codebtors**                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 **Cleburn Coy Brinkley** | **PO Box 51934**<br>Number    Street<br><br>**Amarillo**    **TX**  **79159**<br>City                State  ZIP Code | **Arsenal Funding** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Cleburn Coy Brinkley** | **PO Box 51934**<br>Number    Street<br><br>**Amarillo**    **TX**  **79159**<br>City                State  ZIP Code | **The LCF Group** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Cleburn Coy Brinkley** | **PO Box 51934**<br>Number    Street<br><br>**Amarillo**    **TX**  **79159**<br>City                State  ZIP Code | **Capital Assist LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Cleburn Coy Brinkley** | **PO Box 51934**<br>Number    Street<br><br>**Amarillo**    **TX**  **79159**<br>City                State  ZIP Code | **Slate Advance** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
   Copy line 88 from Schedule A/B..................................................................................................... | **$0.00**

   1b.   **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................. | **$40,355.84**

   1c.   **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................................... | **$40,355.84**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$138,635.39**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................ | **$0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $107,060.78**

4.   **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................................... | **$245,696.17**

**Fill in this information to identify the case and this filing:**

Debtor Name **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2023**
MM / DD / YYYY

X **/s/ Cleburn Coy Brinkley**
Signature of individual signing on behalf of debtor

**Cleburn Coy Brinkley**
Printed name

**President**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name          **C&C Gaskets LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$182,168.00** |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$851,606.26** |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$518,668.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | _____ | _____ |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | _____ | _____ |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | **Returns/Allowances** | **$1,852.00** |

---

| Debtor | **C&C Gaskets LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> **List Certain Transfers Made Before Filing for Bankruptcy**

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Cleburn Coy Brinkley** | 5/11/2023 | **$23,394.00** | **To move funds to Amarillo** |
| | Insider's name | | | **National Bank Business acct.** |
| | **PO Box 51934** | | | **Moved back as transfers** |
| | Street | | | |
| | | | | |
| | **Amarillo**            **TX**    **79159** | | | |
| | City            State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **RHS Company** | **Returned hardware** | **5/1/2023** | **$3,500.00** |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City            State    ZIP Code | | | |
| | Creditor's name and address | Description of the property | Date | Value of property |
| 5.2. | **RAC Industries LLC** | **Returned Merchandise** | **5/12/2023** | **$23,011.49** |
| | Creditor's name | **Gaskets/Magnets** | | |
| | Street | | | |
| | | | | |
| | City            State    ZIP Code | | | |

Debtor  __C&C Gaskets LLC_____  Case number (if known) _____
Name

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| __Polaris Business Advisor_____ | | __5/30/2023__ | __$1,582.16__ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | Last 4 digits of account number: XXXX-___ ___ ___ ___ | | |
| City          State   ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **LCF Group** | Civil Suit/Arbitration | __Court of the State of New York__<br>Name<br>__360 Adams St_____<br>Street<br>_____ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**44278/2023** | | __Brooklyn_____ __NY__ __11201__<br>City          State   ZIP Code | |
| 7.2. | **C&C Gaskets V. The LCF Group** | Stay/Show cause | __Supreme Court of New York Kings cou__<br>Name<br>__360 Adams St_____<br>Street<br>_____ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**510689/2023** | | __Brooklyn_____ __NY__ __11201__<br>City          State   ZIP Code | |
| 7.3. | **Prosperum Capital Partners LLC/ DBA Arsenal Funding** | Civil Suit | __Supreme Court of New York Kings Cou__<br>Name<br>__360 Adams St_____<br>Street<br>_____ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**515234/2023** | | __Brooklyn_____ __NY__ __11201__<br>City          State   ZIP Code | |

| Debtor | **C&C Gaskets LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Polaris Business Advisors** | **Business Debt Advising** | **4/11/2023** | **$1,512.00** |
| | **Address** | | | |
| | **500 5th Ave suite 1700** | | | |
| | Street | | | |
| | | | | |
| | **New York**          **NY** | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

Debtor    **C&C Gaskets LLC**                                                    Case number (if known)    _____
           Name

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **MCA/Coastel Debt Resolve/Citadel** | **Business/Debt advising** | **3/3/2023** | **$1,941.25** |

Address

**1375 Gateway BLVD**
Street

_____

**Boynton Beach**         **FL**      **33426**
City                    State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Blackwell Law Firm, LLP** | **See "Attorney Diosclosure" Attached Herein** | **5/19/2023** | **$1,200.00** |

Address

**703 S. Van Buren**
Street

_____

**Amarillo**              **TX**      **79101**
City                    State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**12.** **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None

Debtor    **C&C Gaskets LLC**_____    Case number (if known) _____
_____Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑  None

| Part 7: | Previous Locations |
|---------|---------------------|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■  diagnosing or treating injury, deformity, or disease, or

- ■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
☐  No.  Go to Part 10.
☐  Yes.  Fill in below:

Debtor  __C&C Gaskets LLC_____     Case number (if known) _____
        Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Happy State Bank**<br>Name<br>**3900 S Soncy**<br>Street<br><br>**Amarillo**    **TX**    **79119**<br>City    State    ZIP Code | XXXX- _7_  _3_  _3_  _5_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **3/7/2023** | **$25.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Glenda Brinkley**<br>Name<br>**3001 Hope RD**<br>Street<br><br>**Amarillo**    **TX**    **79124**<br>City    State    ZIP Code | | **2021 Ram Promaster Van Borrowed and Paid through Company** | |

Debtor    **C&C Gaskets LLC**
_____    Case number (if known) _____
　　　　　Name

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
　　Include settlements and orders.

　　☑ No
　　☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

　　☑ No
　　☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

　　☑ No
　　☐ Yes. Provide details below.

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
　　List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

　　☑ None

26. **Books, records, and financial statements**

　　26a.　List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

　　　　☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Johnson & Sheldon PLLC** | From **2010** To **Present** |
| | Name | |
| | **PO Box 509** | |
| | Street | |
| | | |
| | **Amarillo**　　　　　　**TX**　　**79105-0509** | |
| | City　　　　　　State　　ZIP Code | |

---

Debtor    **C&C Gaskets LLC**                                    Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

      ☐ None

      **Name and address**                                      **Dates of service**

26b.1.  **FRC Specialists**                                     From   __2022__   To   __2023__
        Name

        _____
        Street

        _____

        **Salt Lake City**              **UT**
        City                            State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

      **Name and address**                                      **If any books of account and records are
                                                                unavailable, explain why**

26c.1.  **Johnson & Sheldon PLLC**
        Name
        **PO Box 509**
        Street

        _____

        **Amarillo**                    **TX**      **79105-0509**
        City                            State        ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

      ☐ None

      **Name and address**

26d.1.  **FRC Specialists**
        Name

        _____
        Street

        _____

        **Salt Lake City**              **UT**
        City                            State        ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

**Name of the person who supervised the taking of the inventory**          **Date of
                                                                           inventory**          **The dollar amount and basis
                                                                                                (cost, market, or other basis)
                                                                                                of each inventory**

**Coy Brinkley**                                                           __6/2023__           __$41,888.00__

**Name and address of the person who has possession of inventory records**

27.1.  **C&C Gaskets**
        Name
        **PO Box 51934**
        Street

        _____

        **Amarillo**                    **TX**      **79159**
        City                            State        ZIP Code

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 9

Debtor    **C&C Gaskets LLC**
_____    Case number (if known) _____
        Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Coy Brinkley**<br>Name<br>**3001 Hope RD**<br>Street<br><br>**Amarillo        TX    79124**<br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Salary**<br>**$14,864.00** | **2022** | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Coy Brinkley**<br>Name<br>**3001 Hope Rd**<br>Street<br><br>**Amarillo        TX    79124**<br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Profit**<br>**$48,855.00** | **2022** | **Profit** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes.  Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes.  Identify below.

| Debtor | **C&C Gaskets LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2023**
                 MM / DD / YYYY

**X** **/s/ Cleburn Coy Brinkley**                              Printed name **Cleburn Coy Brinkley**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

In re  **C&C Gaskets LLC**                                      Case No.  _____

                                                               Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$1,200.00**

Prior to the filing of this statement I have received........................................................ **$1,200.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
      ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
      ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Attorney-Client retainer fee agreement does not include, or require Troy Blackwell or the Blackwell Law Firm, LLP to file, iniate, respond, answer, defend or otherwise litigate any Adversary actions or complaints, including, but not limited to Discharge under §727 or Dischargeability complaints under §523, or Tax Determination under §505 or any student loan hardship discharge determinations. Litigation in State or Federal Court not "core Bankruptcy Issues"**

<table>
<tr><td colspan="2">CERTIFICATION<br><br>I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br><br>_____06/21/2023_____     /s/ Troy Blackwell_____<br>Date                            Troy Blackwell                               Bar No.  00793348<br>                                Blackwell Law Firm LLP<br>                                703 S Van Buren<br>                                Amarillo, Texas 79101<br>                                Phone: (806) 331-3130 / Fax: (806) 331-4530</td></tr>
</table>

/s/ Cleburn Coy Brinkley_____

**Cleburn Coy Brinkley**
**President**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

IN RE:   **C&C Gaskets LLC**                                              CASE NO

                                                                        CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/21/2023 _____          Signature   **/s/ Cleburn Coy Brinkley** _____
                                                    ***Cleburn Coy Brinkley***
                                                    ***President***

Date _____                     Signature  _____

Advanced Recovery Group
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004


American Express
PO Box 6031
Carol Stream, IL 60197-6031


Arsenal Funding
15 West 36th St. 11th floor
New York, NY 10018


Bank of America
PO Box 851001
Dallas, TX 75285-1001


C&C Gaskets LLC
PO Box 51934
Amarillo, TX 79159


Canyon Expressway Associates LP
PO Box 31775
Amarillo, TX 79120


Capital Assist LLC
323 Sunny Isles BLVD Suite 503
Sunny Isles, FL 33160


Capital One
PO Box 60519
City of Industry, CA 91716


Cleburn Coy Brinkley
PO Box 51934
Amarillo, TX 79159

Comdata
PO Box 1239
Covington, LA 70434


Comdata Mastercard Program
PO Box 70995
Charlotte, NC 28272-0995


Fortiva
5 Concourse Pkwy
Atlanta, GA 30328


Fortiva
PO Box 105555
Atlanta, GA 30348


Harbor Freight
PO Box 71726
Philadelphia, PA 19176-1726


Home Depot
PO Box 6497
Sioux Falls, SD 57117


Imperial Brown/ R Plus
198 SE 223rd
Gresham, OR 97030


IRS-Insolvency and Quality
PO Box 7346
Philadelphia, PA 19114


Prime
PO Box 71726
Philadelphia, PA 19176-1726

Prosperity
3900 S Soncy RD
Amarillo, TX 79119


Prosperity Bank
1301 North Mechanic
El Campo, TX 77437


Red Racing & Transmission LLC
3001 Hope Rd.
Amarillo, TX 79174


Slate Advance
15 America Ave Suite 303
Lakewood, NJ 08701


The Feldman Law Firm, P.C.
147 Willis Avenue
Mineola, NY 11501


The LCF Group
3000 Marcus Ave Suite 2W15
New Hyde Park, NY 11042


U.S. Attorney
Amarillo National Plaza
500 S. Taylor Ste 300 LB 23B
Amarillo, TX 79101-2442


U.S. Attorney in Charge
1100 Commerce 3rd Floor
Dallas, TX 75242-1699


US Attorney General
10th St & Constitution Ave
Washington, DC 20530

Web bank/QuickBook Capital
2700 Coast Avenue
Mountain View, CA 94043-1140


Wex Bank Fleet Card
PO Box 639
Portland, ME 04104


Wild Pony Holdings LP
PO Box 31775
Amarillo, TX 79120